IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

      Plaintiff,                    No. CIV S-07-1383 FCD EFB P

   vs.

D. CALVIN, et al.,

      Defendants.           ORDER

_____/

     Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

     The United States Marshal has returned process directed to defendant Lingerfelt unserved with a notation "no forwarding address, retired." Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

////

1

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff one USM-285 form, summons and a copy of the complaint.

2. Within 90 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Lingerfelt and two copies of the pleading provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendant Lingerfelt within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to that defendant.

4. In light of this order, plaintiff's March 28, 2008, motion for default judgment against defendant Lingerfelt is denied.

DATED: April 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

        Plaintiff,                      No. CIV S-07-1383 FCD EFB P

    vs.

D. CALVIN, et al.,                 NOTICE OF SUBMISSION
                                                      OF DOCUMENTS

        Defendants.

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        One        completed summons

        ____        completed USM-285 forms

        ____        copies of the _____
                                        Complaint/Amended Complaint

DATED:

                                                                _____
                                                                Plaintiff