IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

      Plaintiff,                    No. CIV S-07-1383 FCD EFB P

      vs.

D. CALVIN, et al.,

      Defendants.          ORDER

_____/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On April 23, 2008, defendants filed a request for an extension of time in which to file a reply brief on their motion to dismiss.

      Good cause appearing, IT IS HEREBY ORDERED that defendants' April 23, 2008, request for an extension of time is granted.

Dated: April 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE