1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES T. DAVIS,

11            Plaintiff,                          No. CIV S-07-1383 FCD EFB P

12        vs.

13   D. CALVIN, et al.,

14            Defendants.                    ORDER

15   _____/

16        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  On May 6, 2008, defendants requested extensions of time within which to

18   file an opposition to plaintiff's motion for sanctions, a reply to plaintiff's opposition to

19   defendants' motion for a protective order, and a response to plaintiff's motion to compel.  Good

20   cause appearing, IT IS HEREBY ORDERED that:

21        1. Defendants' requests are granted;

22        2. Defendants' May 9, 2008, opposition to plaintiff's motion for sanctions is deemed

23   timely filed;

24        3. Defendants' May 16, 2008, response to plaintiff's opposition to defendants' motion

25   for a protective order is deemed timely filed; and

26   ////

1

1    4.  Defendants are granted twenty days from the date this order is served in which to file

2  a response to plaintiff's motion to compel.

3  DATED:  May 27, 2008.

4  _____

5  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2