IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

      Plaintiff,                    No. CIV S-07-1383 FCD EFB P

     vs.

D. CALVIN, et al.,

      Defendants.            <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 8, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.[1]

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

---

[1] The court is aware that on September 22, 2008, plaintiff filed a motion to amend the complaint, which is currently pending before the magistrate judge.

1

1  304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
2  entire
3  file, the court finds the findings and recommendations to be supported by the record and by
4  proper analysis.
5       Accordingly, IT IS HEREBY ORDERED that:
6       1. The findings and recommendations filed September 8, 2008, are adopted in
7  full;
8       2. The February 14, 2008, motion to dismiss is granted and:
9           a. Plaintiff's claim that Dr. James was deliberately indifferent to
10 plaintiff's serious medical needs are dismissed for failure to state a claim;
11          b. Plaintiff's claim that Dr. James and Roche conspired to violate
12 plaintiff's right to constitutionally adequate medical care are dismissed for failure to state a
13 claim;
14          3. The March 14, 2008, motion to dismiss is granted and plaintiff's claims
15 against McBride, Houghland and Amero are dismissed for plaintiff's failure to exhaust the
16 available administrative remedies.
17    So ordered.
18 DATED: October 1, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE