IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

    Plaintiff,                    No. CIV S-07-1383 FCD EFB P

    vs.

D. CALVIN, et al.,

    Defendants.            <u>AMENDED ORDER</u>

                        /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 8, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.[1]

////

---

[1] The court is aware that on September 22, 2008, plaintiff filed a motion to amend the complaint, which is currently pending before the magistrate judge.

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2  304, this court has conducted a de novo review of this case.  Having carefully reviewed the
3  entire file, the court finds the findings and recommendations to be supported by the record and
4  by proper analysis. The court notes that the magistrate judge found that plaintiff failed to state a
5  claim against defendant McDonald and found that this defendant's motion to dismiss must be
6  granted.  However, defendant McDonald is not mentioned in the order clause.  This appears to
7  be a clerical oversight.  Accordingly, the court now makes clear that the plaintiff's claims against
8  defendant McDonald are dismissed.

9  Accordingly, IT IS HEREBY ORDERED that:

10  1. The findings and recommendations filed September 8, 2008, are adopted in
11  full;

12  2. The February 14, 2008, motion to dismiss is granted and:

13  a. Plaintiff's claim that Dr. James was deliberately indifferent to
14  plaintiff's serious medical needs are dismissed for failure to state a claim;

15  b. Plaintiff's claim that Dr. James and Roche conspired to violate
16  plaintiff's right to constitutionally adequate medical care are dismissed for failure to state a
17  claim;

18  c. Plaintiff's claims that McDonald violated plaintiff's right to due
19  process of law and to petition the government for redress are dismissed for failure to state a
20  claim;

21  3. The March 14, 2008, motion to dismiss is granted and plaintiff's claims
22  against McBride, Houghland and Amero are dismissed for plaintiff's failure to exhaust the
23  available administrative remedies.

24  So ordered.

25  DATED: October 3, 2008.

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2