IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES T. DAVIS,** | Case No. 2:07-cv-1383 FCD EFB P |
| Plaintiff, | **ORDER** |
| v. | |
| **D. CALVIN, et al.,** | |
| Defendants. | |

On October 10, 2008, Defendants filed a request for extension of time to complete Plaintiff's deposition. For good cause shown, Defendants are granted an extension of time, to November 21, 2008, to complete the deposition of Plaintiff.

DATED: October 20, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Order*
1