1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES T. DAVIS,

11              Plaintiff,                    No. CIV S-07-1383 FCD EFB P

12        vs.

13   D. CALVIN, et al.,                       ORDER

14              Defendants.
                                        /
15

16        Plaintiff is a state prisoner proceeding in pro se and in forma pauperis with this action

17   brought under 42 U.S.C. § 1983.  Plaintiff has filed a "motion to compel discovery upon a

18   nonparty."  He requests that the U.S. Marshal serve nonparty T. Felker with a subpoena duces

19   tecum and with plaintiff's request for production of documents and things.

20        Under Federal Rule of Civil Procedure 45(a)(2)(C), a subpoena may direct a nonparty to

21   an action to produce documents or other tangible objects for inspection.  However, a party's

22   ability to use a subpoena duces tecum is circumscribed by the relevance standards of Federal

23   Rule of Civil Procedure 26(b)(1) and by the court's duty to ensure that a subpoena does not

24   impose "undue burden or expense on a person subject to the subpoena."  Fed. R. Civ. P. 45(c)(1).

25        Plaintiff has not demonstrated that the discovery sought is relevant to his claims or

26   reasonably calculated to lead to the discovery of admissible evidence.  This action proceeds on

1

1    the claim that defendants Calvin, Brewer and Rath searched his cell in retaliation for plaintiff

2    having filed a grievance against defendant Calvin.[1]  Yet nearly half of plaintiff's requests relate

3    to issues of racial discrimination.  *See* Pl.'s Mot., Req. for Produc. Nos. 1-8, 14-16, 28.  Another

4    portion of plaintiff's requests seek discovery relating to defendants who have since been

5    dismissed from this action.  *See id.* 11-13, 17-20, 22, 24, 26.  Plaintiff has also failed to

6    demonstrate the relevance of the remaining requests, many of which are also overbroad, overly

7    burdensome, or not unobtainable from the parties in this action.[2]

8            Plaintiff has not demonstrated that he is entitled to the discovery he seeks.  Thus,

9    plaintiff's motion must be denied.

10           Accordingly, it hereby is ORDERED that plaintiff's April 16, 2008, motion is DENIED.

11   (Docket No. 47).

12   Dated:  November 3, 2008.

13   _____
     EDMUND F. BRENNAN
14   UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24       [1]  Defendants McBride, McDonald, Amero, Roche, James and Hougland have been
     dismissed from this action.  *See* October 3, 2008 Am. Order.

25       [2]  While plaintiff states that "[n]o defendant has authority to release the requested
     documents," he fails to provide any support for this assertion.  *See* Pl.'s Mot., Decl. of Charles T.
26   Davis.