IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

    Plaintiff,                        No. CIV S-07-1383 FCD EFB P

    vs.

D. CALVIN, et al.,                    <u>ORDER</u>

    Defendants.
_____/

On November 20, 2008, defendants requested an extension of time to complete plaintiff's deposition in the event that the court denies their motion to dismiss, filed November 10, 2008. The court will defer ruling on defendants' request until their pending motion to dismiss is resolved.

So ordered.

Dated: November 21, 2008.

*signature*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE