IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

     Plaintiff,                    No. CIV S-07-1383 FCD EFB P

     vs.

D. CALVIN, et al.,

     Defendants.               ORDER

_____/

     On December 17, 2008, defendants filed a motion to vacate the dispositive motion deadline, currently set for December 24, 2008. For good cause shown, defendants' motion is granted. The Court vacates the dispositive motion deadline, and will set a new deadline, if necessary, after ruling on defendants' motion to dismiss plaintiff's complaint for failure to comply with the Court's order.

DATED: December 23, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE